No. 922. TOMKINS *v.* MISSOURI. June 12, 1944. The order of May 29, 1944, denying certiorari, *post,* p. 758, is vacated, and the petition for writ of certiorari to the Su-

preme Court of Missouri is granted. *O. C. Tomkins, pro se. Mr. Roy McKittrick,* Attorney General of Missouri, for respondent.